UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN BURBANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:18-cv-00800-RLM-MGG |
| | ) |
| PLANET FORWARD, LLC d/b/a | ) |
| PLANET FORWARD ENERGY | ) |
| SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO UNSEAL SETTLEMENT AGREEMENT
AND PROCEED WITH MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff, Brian Burbank, by counsel, and Defendant, Planet Forward, LLC d/b/a Planet Forward Energy Solutions, LLC (collectively the "Parties"), by counsel, jointly move this Court in response to the Court's May 14, 2019 Opinion and Order (Dkt. 13) to unseal the Parties' settlement agreement and proceed with deciding the Parties' Joint Motion for Approval of Settlement (Dkt. 7). In support of this motion, the Parties state:

1. On May 14, 2019, this Court entered its Opinion and Order denying the Parties' motion for leave to file their settlement agreement under seal. In the Opinion and Order, the Court suggested that the Parties either move to unseal the settlement agreement or withdraw the motion to approve the settlement agreement.

2. The Parties have conferred and agree that they wish to proceed with the Motion for Approval of Settlement Agreement.

3. Consequently, the Parties jointly request that the Court unseal the settlement agreement previously filed with the Court (Dkt. 9) and proceed to rule on the Motion for Approval of Settlement Agreement (Dkt. 7).

WHEREFORE, the Parties respectfully move the Court to unseal the settlement agreement previously filed with the Court (Dkt. 9) and proceed to rule on the Motion for Approval of Settlement Agreement (Dkt. 7).

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| /s/ Bradley L. Wilson (w/ permission) | /s/ Andrew M. Spangler, Jr. |
| Bradley L. Wilson | Andrew M. Spangler, Jr. |
| John H. Haskin & Associates | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| 255 North Alabama Street, 2nd Floor | 200 West Madison Street, Suite 3900 |
| Indianapolis, Indiana 46204 | Chicago, Illinois 60606 |