IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN BURBANK, | ) |
| *Plaintiff* | ) |
| vs. | ) Case No. 3:18-CV-800 RLM-MGG |
| PLANET FORWARD, LLC d/b/a PLANET FORWARD ENERGY SOLUTIONS, LLC, | ) |
| *Defendant* | ) |

ORDER APPROVING SETTLEMENT

The court GRANTS the joint motion to unseal the settlement agreement [Doc. No. 14], FINDS that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 219(b), GRANTS the joint motion to approve the agreement [Doc. No. 7], and DISMISSES all claims against the defendant with prejudice. The Clerk is directed to unseal Doc. No. 9 and to enter judgment accordingly.

SO ORDERED.

ENTERED:   May 28, 2019

/s/ Robert L. Miller, Jr.
Judge
United States District Court